IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT A. HARDY,<br><br>      Plaintiff,<br><br>v.<br><br>MARIO FERNANDEZ and R&L<br>CARRIERS SHARED SERVICES, LLC,<br>d/b/a R&L CARRIERS,<br><br>      Defendants. | CIVIL ACTION<br><br>No. 09-1230<br><br>**FILED**<br>AUG 1 7 2009<br>MICHAEL E. KUNZ, Clerk<br>By_____ Dep. Clerk |

## ORDER

**AND NOW**, this 17th day of August, 2009, in consideration of the Motion to Dismiss Pursuant to *Forum non Conveniens* filed by Defendants Mario Fernandez and R&L Carriers Shared Services, LLC d/b/a R&L Carriers (Doc. No. 5), and the Response and Reply thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

BY THE COURT:

*Robert F. Kelly*
ROBERT F. KELLY
SENIOR JUDGE